(118 So. 923)

Pole CRAWFORD v. STATE. (4 Div. 388.) Court of Appeals of Alabama. Nov. 13, 1928.

H. A. Pearce, Judge.

RICE, J. Appeal dismissed.

(117 So. 924)

Tide CREW v. STATE. (6 Div. 405.) Court of Appeals of Alabama. May 22, 1928.

R. L. Blanton, Judge. R. G. Redden, of Vernon, for appellant. Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. Defendant was convicted on a charge of violating the prohibition law and appeals. There is no question of merit presented by the bill of exceptions. The sentence is erroneous, in that the term fixed is not definite. The judgment is affirmed, and the cause is remanded to the circuit court for proper sentence. Affirmed and remanded.

(112 So. 921)

Tom CREWS v. STATE. (4 Div. 302.) Court of Appeals of Alabama. April 5, 1927.

J. S. Williams, Judge.

SAMFORD, J. Appeal dismissed.

(116 So. 923)

John CROW v. STATE. (7 Div. 378.) Court of Appeals of Alabama. March 27, 1928.

R. B. Carr, Judge. Distilling. S. W. Tate, of Anniston, for appellant. Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. This is a companion case to that of Jerry Suggs v. State, ante, p. 311, 115 So. 289, decided by this court January 31, 1928. The witnesses were the same and the evidence was also. Upon authority of Suggs v. State, supra, the judgment of conviction is reversed and the cause remanded. Reversed and remanded.

(114 So. 921)

Stanley CROXSON v. STATE. (2 Div. 386.) Court of Appeals of Alabama. Nov. 8, 1927.

Benj. F. Elmore, Judge. Assault to murder.

SAMFORD, J. Affirmed.

(115 So. 923)

Green CULPEPPER v. STATE. (7 Div. 351.) Court of Appeals of Alabama. Jan. 31, 1928. Rehearing Denied March 6, 1928.

W. Haralson, Judge. Wolfes & Crawford, of Ft. Payne, for appellant. Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Affirmed.

(116 So. 923)

Marvin CULVERHOUSE v. STATE. (4 Div. 345.) Court of Appeals of Alabama. April 3, 1928.

W. L. Parks, Judge. Violating the prohibition law.

RICE, J. Appeal dismissed.

(115 So. 923)

D. H. CUNNINGHAM v. STATE. (8 Div. 591.) Court of Appeals of Alabama. Jan. 31, 1928.

O. Kyle, Judge.

RICE, J. Affirmed.

(116 So. 923)

D. CUNNINGHAM v. STATE. (6 Div. 350.) Court of Appeals of Alabama. April 24, 1928.

Henry B. Foster, Judge. Trespass.

RICE, J. Affirmed.

(112 So. 921)

Dave DANIEL v. STATE. (7 Div. 228.) Court of Appeals of Alabama. April 19, 1927.

R. B. Carr, Judge. Kidnapping.

BRICKEN, P. J. Affirmed.

(114 So. 921)

James DANIEL v. STATE. (4 Div. 318.) Court of Appeals of Alabama. Nov. 15, 1927.

R. T. Goodwyn, Special Judge.

BRICKEN, P. J. Affirmed.

(115 So. 923)

Enoch DAVENPORT v. STATE. (5 Div. 661.) Court of Appeals of Alabama. Jan. 10, 1928.

George F. Smoot, Judge. Atkinson & Pitts, of Clanton, for appellant. Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. Affirmed.